IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

2021 MAY 17 P 1:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

Terryl K. Joyce )
)
Plaintiff(s), )  CIVIL ACTION NO. 2:21-CV-355-WKW-S
)
) JURY DEMAND (MARK ONE)
)
v. ) ☑ YES  ☐ NO
)
Sewon C&A Inc )
)
Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 3590 S. Perry st. Montgomery AL 36105

2. Name and address of defendant(s): Sewon C&A Inc 2776 Gunter Park dr. E, Montgomery AL 36109

   General Manager (Korean) Hoshin Song

3. Place of alleged violation of civil rights: Sewon C&A Inc

4. Date of alleged violation of civil rights: February 28, 2020

5. State the facts on which you base your allegation that your constitutional rights have been violated: I Terryl K. Joyce (black) American worked as an full-time employee for (Defendant) Sewon C&A Inc witch is an international company that has five branches with an home headquarters located in South Korea the branch that I worked for had 12 employees 5 Korean 2 black american 5 mexican so after being hired I was told about some of the company perks like vacation time I would received by (Korean) senior manager Sonny but i didn't get my employee handbook I was told by (Korean) Sonny that the company didn't have any employee handbooks and that the employee handbooks would be giving to employees later so as time progressed I would ask about my employee handbook from 5 (Korean) management and would only receive an run around about my employee handbook so roughly 2 years I finally receive my employee handbook from (Korean) Sonny so I ask about my vacation and i was racially discriminated against and told by (Korean) Sonny that vaction was only for (5) Korean management and not for any other full-time employee i also was retaliate against for I

Speaking with Rosa about the unfair treatment of full-time employees of (Defendant) Sewon C&A Inc that are not (Korean) as an result I was wrongfully terminated for voicing about equal employment rights that (Korean) received & I didn't because of me being an (black) American (minority)

6. Relief requested:

Jury Demand

Date: 5-13-21

Plaintiff(s) Signature

2